STATE of Missouri, Respondent,

v.

Jerry GINN, Defendant/Appellant.

No. 73938.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 10, 1998.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and JAMES R. DOWD and LAWRENCE E. MOONEY, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of manufacturing a controlled substance in violation of section 195.211 RSMo 1994 on which he was sentenced to nine years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).

James MALONEY, Appellant,

v.

MARITZ, INC., Respondent.

No. 74208.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 10, 1998.

Robert A. Bedell, Edward A. Gilkerson, St. Louis, for appellant.

Lee B. Schaefer, Luke & Cunliff, P.C., St. Louis, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

James Maloney appeals the award denying his claim for compensation against his former employer, Maritz, Inc. We have reviewed the briefs of the parties and the record on appeal and find that the award is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).